HELEN HEINRICH, Respondent, v. QUEENS BUS LINES, INC., Appellant.— Judg-

ment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.